Deacon Thomas Frazier et al

VS.

Fifth Third Bank

Judge Marcia Thomas

Boone County Jail



## Complaint

On the 11th of February 2022 I walked into the Richwood 5/3 branch to see if my IRA check for $3000.17 had been cashed. The manager informed me that she could not tell. So, I called my broker who told me that that the check had been rejected because the check noted (incorrectly) that it was to a Roth IRA and I was trying to put it into a deductable IRA account. At that point I asked that the check be canceled and replaced. She stated that it was a cashier's check and that it was the same as cash and if I lost it, then that money was just gone. GONE!

At that point I told her that I intended to sue to get that back. She said: "Now you are threatening me and I am going to call the cops." I said: "You just stole $3000 from me and I am just going to have a seat." Cop arrived and placed me under arrest for a $50 fine that I failed to pay. Keep in mind, he arrested me at the bank, after I had done a withdrawal. After midnight I was sent out the jail, penniless. With a receipt #2858874 for $64. Where did my money go? Well, the Bengals where going to Superbowl and I did not stick around to ask.

Judge Marcia Thomas excused herself from the case wherein the $50 fine was levied because she knew my first action would be to accuse her of collusion with the plaintiff. But she felt fine to sewer service me to an address the she herself had knowingly evicted me from.

(1)

A couple of days later I went to the teller machine outside the bank and requested $198. Got to the final step and the machine said "Transaction Blocked". Went inside the bank and the bank manager handed me a letter stating that they were closing my account and that I was trespassing. This letter was signed by Tim Spurlock up in Cincinnati 45263. Across state lines, hence, now a Federal case. The automatic teller took $198 out of my account and to this date I have not received it.

Then to add insult to injury they kept my next week's paycheck in the account while they waited for all transactions to post. So, they kept me penniless for nigh on three weeks.

Where is my money? In what account? Who else's money is it comingled with? Who else have you done this to? I am asking for $369,000.00 because I do not know what is in these accounts. I am thinking that I shall do a better job of distributing these assets to their rightful owner's than either the bank or Boone County has done. I am,

Deacon Thomas Frazier
May 23RD 2022

THOMAS FRAZIER
25 TRANSport Dr
WALTON Ky 41094

Fifth Third Bank
Corporate Security Investigations
Mail Drop # 1090K3
38 Fountain Square Plaza
Cincinnati, OH 45263



**FIFTH THIRD BANK**

*⟨handwritten⟩ JAN 5 ᵗʰ*

Thomas C Frazier
318 Villa Dr
Walton KY 41094

| | |
|---|---|
| **Date:** | February 11, 2022 |
| **Account(s):** | •••••0112 |

## Urgent Notice: Closure of Your Fifth Third Account(s) and No Trespass

Dear Thomas C Frazier:

In keeping with the Fifth Third Bank Rules and Regulations, Fifth Third Bank is choosing to terminate all banking relationships on which you are an authorized signer effective February 11, 2022.

**Effective immediately:**

- You may not, for any reason or at any time, enter or remain on any land, building, property, or premises of Fifth Third Bank or any of its affiliates or subsidiaries.

- You are strictly prohibited from entering or remaining on the premises of any Fifth Third Bank facility, even during normal business hours.

Fifth Third Bank deems this action necessary due to a reported incident of a threat of workplace violence against a member of our staff. If for any reason you fail to comply with this notice, you may be prosecuted for trespassing.

These restrictions cannot be orally modified or otherwise changed in any way. These restrictions shall not expire or be withdrawn, in whole or part, unless expressly done so in writing by an authorized representative of Fifth Third Bank.

Sincerely,

*⟨handwritten⟩ 800-972-3030*
*25 TRANSPORT DR*
*41094*

**Tim Spurlock**
Senior Corporate Investigator
Corporate Security Investigations
513-615-0674

LIDN 4547
Fifth Third Bank, National Association. Member FDIC. ⌂ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

AOC-500
Rev. 7-15
www.courts.ky.gov



Date: 2/12/22   County: Boone

Case No.   19-M-02098

Received From: Frazier, Thomas

Account Of: Frazier, Thomas

CASH RECEIPT NUMBER

H 2858874

| | | | |
|---|---|---|---|
| CHARGES FOR SERVICES | | CIVIL FILING FEES | |
| EXPUNGEMENT FEES | | ACCESS TO JUSTICE FEES | |
| RESTITUTION FEES | | P.A. PARTIAL FEES | |
| BOND FILING FEES | | INTEREST INCOME | |
| BOND 10% FEES | | JURY FUND | |
| BOND FORFEITURES | | WITNESS FUND | |
| FISH AND GAME FINES | | BAIL BOND | |
| HIGHWAY WORK ZONE SAFETY FINES | | ALIMONY AND SUPPORT | |
| ALCOHOL INTOXICATION FINES | | RESTITUTION & GARNISHMENT | |
| ENERGY RECOVERY ROAD FUND FINES | | CONDEMNATION | |
| HANDICAP PARKING FINES | | MONEY COLLECTED FOR OTHERS | |
| CRIMINAL & TRAFFIC COSTS | | | |
| CRM COST/ APPROGRAM | | | |
| CRM/KSPIC COST | | LIBRARY FEES | |
| CRIMINAL & TRAFFIC FINES | $64.00 | SPECIAL ESCROW | |
| D.U.I. SERVICE FEES | | TOTAL RECEIPT | $64.00 |
| COURT FACILITIES FEES | | | |

Signature of the Preparer   316

Ref. No: G 174504148

Save this Copy
for your records.

Pay to the
Order of: THOMAS C FRAZIER

CASHIER'S CHECK - Customer Receipt

**FIFTH THIRD BANK**

35605116

January 05, 2022

Amount: THREE THOUSAND 17/100 US DOLLARS

$********3,000.17

Memo:
Purchased by: THOMAS C FRAZIER
Transaction #: 238261240
Cost Center: 2510
Method of Purchase: Cash/Check

ROTH IRA DISTRIBUTION

NON-NEGOTIABLE

The purchase of a Surety Bond may be required before any Cashier's Check on this
bank will be replaced or refunded in the event it is lost, misplaced, or stolen.