

The United States District Court

For the Southern District of Ohio

Western District

At Cincinnati

Deacon Thomas Frazier et al      Case No. 1:22-CV-00279-MRB-SKB

    Plaintiff

Vs.

Fifth Third Bank

    Defendant

## OFFER OF SETTLEMENT

Greetings! Now comes Deacon Thomas Frazier quoting the Holy Bible: Exodus 22:4 " If the stolen animal is found alive in their possession—whether ox or donkey or sheep—they must pay back double." All Western law is based upon this book. This is what the book says that I get. This is all that I want.

To itemize

(1) 5/3 has stolen my $3000.17 IRA account. Never once have they denied it. Rather, again, on 11/01/22 in their most recent reply, they use a lot of legal jargon to tell me: "Go Pound Sand". It is what they have told me for 10 solid months now. I'd like my double please. $6000.34 in Norfolk Southern Stock (NSC). I would prefer it in a 5/3 IRA account but at this point I would take it in cash or cheque.

(2) $198.00 also disappeared into the void at 5/3. In his reply R. Sam Gilley fails to mention this. Rather he simply quotes the South Park episode where Stan goes into the bank to open a $100 savings account and the bank keeps saying: "And its gone." https://www.youtube.com/watch?v=-DT7bX-B1Mg . Double is $396.00. I would prefer it in a 5/3 account but at this point I would take it in cash or cheque.

(3) Because of 5/3's banking error on my IRA I was unable to do my 2021 taxes. I think it just that they do my taxes.

(4) I am willing to sign a non-disclosure agreement.

Truly! I honestly thought that they would use the 11/01/22 document/deadline to settle. How disappointing it was opening that letter from Dinsmore saying "go pound sand" again. Please clerks give 5/3 good reason to take pause. If they are willing to do this to me, they are willing to do it to someone that you love.

I am,

Deacon Thomas Frazier

25 Transport Dr

Walton Ky 41094

859-320-2010