**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Deacon Thomas Frazier,

    Plaintiff,

        v.                                            Case No.   1:22cv279

Fifth Third Bank, *et al*.,

    Respondent.

## JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Court **GRANTS** Plaintiff leave to file his Amended Complaint (Doc. 18) *nunc pro tunc;* **DENIES as moot** Fifth Third Bank's motion to dismiss Plaintiff's (Original) Complaint (Doc. 16, filed on July 18, 2022); and **GRANTS** Fifth Third Bank's motion to dismiss Plaintiff's Amended Complaint (Doc. 21, filed on August 15, 2022).

Date: December 15, 2022                        Richard W. Nagel, Clerk
                                                    Clerk

                                        By:    *s/ Krista Zeller*
                                                    Deputy Clerk